P. BALLANTINE & SONS, Appellant, v. TRANS NATIONAL COMMUNICATIONS, INC., Respondent.—

522

Concur

— Markewich, J. P., McNally, Steuer and Macken, JJ.